J S - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA WILLIAMS and E. PAUL WILLIAMS, individually and as successors-in-interest of BARTHOLOMEW P. WILLIAMS,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; POLICE CHIEF JIMMIE BROWN, individually; SERGEANT LEANDRE FIELDS, individually; OFFICER HELEN SKAGGS, individually; OFFICER MATTHEW VERHULST, individually and DOES 4-10, individually,**<br><br>Defendants. | Case No. EDCV13-408-JGB (OPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL DEFENDANTS** |

Plaintiffs Barbara Williams and Paul Williams (Plaintiffs), and Defendants The Board of Trustees of the California State University, Jimmie Brown, Le Andre Fields, Helen Skaggs and Matthew Verhulst (Defendants), through their respective counsel of record, having so stipulated to the dismissal of the entire action with

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL DEFENDANTS

1  prejudice based upon the full and final settlement between the Plaintiffs and
2  Defendants, and good cause appearing,
3      IT IS ORDERED THAT the above entitled action shall be dismissed with
4  prejudice.

6  Dated:  July 31, 2014

    _____
7   THE HONORABLE JESUS G. BERNAL
    JUDGE OF THE UNITED STATES DISTRICT COURT

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL DEFENDANTS

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Barbara Williams and Paul Williams v. The Board of Trustees of California State University, Jimmie Brown, et al.** | No. | **EDCV13-408-JGB (OPx)** |

I hereby certify that on <u>July 31, 2014,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[Proposed] Order Dismissing Action with Prejudice as to all Defendants**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 31, 2014,</u> at Los Angeles, California.

Yvette Wright
Declarant

Signature

61227268.doc